# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GENARO RICHARD PERRY,<br><br>   Petitioner<br><br>v.<br><br>WARDEN GABRIELA NAJERA,<br><br>   Respondent. | Case No.: 2:23-cv-00311-GMN-EJY<br><br>**Order Directing Petitioner to Update Address** |

Genaro Richard Perry has submitted a *pro se* 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 1-1.) He has paid the filing fee; so his application to proceed *in forma pauperis* (ECF No. 7) is denied as moot. The court's order dated April 17, 2023, was electronically served on Perry at his address of record. (*See* ECF no. 5.) It was returned to the court marked "undeliverable." The court gives Perry 30 days to update his address of record. Failure to do so will result in this action being dismissed without prejudice for failure to update address.

   IT IS THEREFORE ORDERED that petitioner's motion for leave to proceed *in forma pauperis* without having to prepay the full filing fee **(ECF No. 7) is DENIED** as moot.

IT IS FURTHER ORDERED that petitioner has **30 days** from the date of this order to file a notice updating his address. If he fails to do so this action will be dismissed without prejudice.

DATED: 23 May 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE