# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GENARO RICHARD PERRY, | Case No.: 2:23-cv-00311-GMN-EJY |
|    Petitioner | **Order Granting Extension to Respond to Petition to October 27, 2023** |
| v. | (ECF No. 18) |
| WARDEN GABRIELA NAJERA, et al., | |
|    Respondents. | |

Respondents seek an extension of time to respond to Genaro Richard Perry's *pro se* 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 18.) Good cause appearing,

IT IS ORDERED that respondents' first motion for extension of time to file a response to the petition **(ECF No. 18) is GRANTED** *nunc pro tunc*. **The deadline to respond is extended to October 27, 2023**.

DATED: 13 September 2023.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE