# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GENARO RICHARD PERRY,<br><br>     Petitioner<br><br>v.<br><br>WARDEN GABRIELA NAJERA, et al.,<br><br>     Respondents. | Case No.: 2:23-cv-00311-GMN-EJY<br><br>**Order Granting Extension of Time to File Answer to Petition to November 14, 2024**<br><br>(ECF No. 38) |

Respondents seek an extension of time to file an answer to the remaining claims in Genaro Richard Perry's *pro se* 28 U.S.C. § 2254 Habeas Corpus Petition. (ECF No. 38.)  Good cause appearing,

It is ordered Respondents' Motion for Extension of Time (ECF No. 38) is **GRANTED**.  The deadline to file the answer is extended to November 14, 2024.

DATED: 23 September 2024.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE